# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Tyrone R. Allen | } | **Case No: 24-00560-TOM13** |
| SSN: XXX-XX-0657 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER

This matter came before the Court on Thursday, August 01, 2024 11:15 AM, for a hearing on the following:

   1) RE: Doc #23; Trustee's Amended Objection to Confirmation and Motion to Dismiss Case
   2) Confirmation Hearing

Proper notice of the hearing was given and appearances were made by the following:
   Bradford W. Caraway (Trustee)
   David Murphree, Attorney for Debtor(s)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on the Debtor's oral notice of conversion given in open court, this case is hereby converted to a case under Chapter 7 of Title 11 of the United States Code.

Further, the Trustee's Objection to Confirmation and Motion to Dismiss case is Moot.

Dated: 08/02/2024

                                      /s/ TAMARA O. MITCHELL
                                      TAMARA O. MITCHELL
                                      United States Bankruptcy Judge